IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Ft. Lauderdale Division

STATE CONTRACTING & ENGINEERING /
CORPORATION, Florida Corporation; /
and STATE PAVING CORPORATION, a / Case No.
Pennsylvania corporation, / 97-7014-CIV-DIMITROULEAS
 /
    Plaintiffs, / MAGISTRATE JUDGE BROWN
 /
vs. /
 /
STATE OF FLORIDA, FLORIDA DEPT. /
OF TRANSPORTATION; RECCHI AMERICA, /
INC., a Florida corporation; THE /
MURPHY CONSTRUCTION CO., a Florida /
corporation; THE HARDAWAY COMPANY, /
a Georgia corporation; HUBBARD /
CONSTRUCTION COMPANY, a Florida /
corporation; BALFOUR BEATTY /
CONSTRUCTION, INC., a Delaware /
corporation; COMMUNITY ASPHALT /
CORP., a Florida corporation; and /
JOELSON CONCRETE PIPE COMPANY, INC./
 /
    Defendants. /
_____/

### STIPULATION FOR ENTRY OF PROTECTIVE ORDER

THE PARTIES HERETO, by and through their undersigned attorneys, do hereby stipulate to the entry of a Protective Order

- 1 -



with regard to confidential material disclosed during the discovery phase of this action and request the Court to approve of and enter same in the attached proposed format.

| | |
|---|---|
| _____ | _____ |
| Richard S. Ross | Stefan V. Stein |
| Florida Bar No. 436630 | Florida Bar No. 300527 |
| Atrium Centre | STEIN, SCHIFINO & VAN DER WALL |
| 4801 South University Drive | Suite 1000 |
| Suite 307 | 600 N. Westshore Boulevard |
| Ft. Lauderdale, FL 33328 | Tampa, Florida 33609 |
| Telephone: 954/252-9110 | Telephone: 813/289-2966 |
| Facsimile: 954/252-9192 | Facsimile: 813/289-2967 |
| Attorney for Plaintiffs | Attorneys for Defendants |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished vi~~a facsimile and~~ by U.S. First Class Mail, to: Richard S. Ross, Esquire, Fax: 954-252-9192, 4801 S. University Drive, Atrium Center, Suite 307, Ft. Lauderdale, Florida 33328 and John H. Faro, Esquire, Fax: 305-361-6559, Post Office Box 4904, Key Biscayne, Florida 33149 on this the 25th day of January, 1999.

_____
Stefan V. Stein

cc: State of Florida, Florida Department of Transportation